**Ernest Bassi, Trustee; Putnam County Bank, a Corporation, Appellees, v. Donald Langloss and Elma Langloss, His Wife, Appellants.**

Gen. No. 11,421.

Second District, First Division.
September 19, 1961.

Walter C. Overbeck, of Henry, for appellants; Peterson, Johnson & Martin, of Princeton, and Herbert Pucci, of Hennepin, for appellees. Opinion by JUDGE McNEAL. **Not to be published in full.**